THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MANCY WELDON, | CASE NO. C18-1541-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SAFEWAY, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for withdrawal and substitution of Plaintiff's counsel (Dkt. No. 9). The Court GRANTS the motion and ORDERS that C. Joseph Sinnit of SINNIT LAW FIRM, INC. is withdrawn and Robert D. Bohm of ROBERT D. BOHM, PLLC and Jesse Froehling of the RIDGELINE LAW GROUP are substituted as counsel for Plaintiff Mancy Weldon.

DATED this 27th day of December 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1541-JCC
PAGE - 1