UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MANCY WELDON, | CASE NO. C18-1541-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SAFEWAY, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's notice of settlement (Dkt. No. 24). Having thoroughly considered the notice, the Court hereby STRIKES the January 27, 2020 trial date and related pretrial deadlines. The parties are ORDERED to file a stipulated dismissal no later than 45 days from the date this order is issued. The Clerk is DIRECTED to statistically close this case.

DATED this 22nd day of November 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk